1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF CALIFORNIA
8
UNITED STATES OF AMERICA,
9
         Plaintiff,
10
              v.                        CR. No. S-05-144-DFL
11
ADRIAN DAMIAN-BALDOVINOS,
12
         Defendant.
13  _____/       RELATED CASE ORDER
14  UNITED STATES OF AMERICA,
15         Plaintiff,
16              v.                        CR. No. S-05-145-EJG
17  ROSALVA BERNAL and
    BENITO LE DESEMA,
18
         Defendants.
19  _____/

20      Examination of the above-entitled criminal actions reveals
21 that these actions are related within the meaning of Local Rule
22 83-123, (E.D. Cal. 2005).
23      The parties should be aware that relating the cases under
24 Local Rule 123 merely has the result that both actions are
25 assigned to the same judge; no consolidation of the actions is
26 effected.  Under the regular practice of this court, related

1 cases are generally assigned to the judge to whom the first
2 filed action was assigned.
3     IT IS THEREFORE ORDERED that the action denominated CR.
4 NO. 05-145-EJG is reassigned to Judge David F. Levi for all
5 further proceedings.  Henceforth the caption on all documents
6 filed in the reassigned case shall be shown as CR. NO. 05-145-
7 DFL.
8     IT IS FURTHER ORDERED that the Clerk of the Court make
9 appropriate adjustment in the assignment of criminal cases to
10 compensate for this reassignment.

12 DATED:  5/3/2005

_____
DAVID F. LEVI
Chief United States District Judge