1  QUIN DENVIR, Bar No. 49374
   Federal Defender
2  801 I Street, Third Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
   ROSALVA BERNAL                              **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-00145 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| ROSALVA BERNAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff United States of America, by its attorney, Assistant United States Attorney Jason Hitt, defendant Rosalva Bernal, by her attorney, Federal Defender Quin Denvir, and defendant Benito Ledesma, by his attorney, Maria Fonseca, hereby stipulate and agree that the following motion schedule should be adopted by the Court:

Defense motions due no later than May 26, 2005;

Government opposition due by June 6, 2005;

Defendants' reply due by June 23, 2005;

Non-evidentiary hearing on June 30, 2005 at 10:00 a.m.

```
                                    Respectfully submitted,

                                    MCGREGOR SCOTT
                                    United States Attorney


DATED: May 5, 2005                  /s/ Quin Denvir (telephonically
                                    authorized to sign) for
                                    JASON HITT
                                    Assistant U. S. Attorney

                                    Attorney for Plaintiff




DATED: May 5, 2005                  /s/ Quin Denvir
                                    QUIN DENVIR
                                    Federal Defender

                                    Attorney for Defendant Bernal



DATED: May 5, 2005                  /s/ Quin Denvir (telephonically
                                    authorized to sign) for
                                    MARIA FONSECA
                                    Attorney at Law

                                    Attorney for Benito Ledesma
```

### **O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: May 6, 2005

```
                                    _____
                                    DAVID F. LEVI
                                    United States District Judge
```

U.S. v. Bernal
CR S-05-0145 DFL
Notice/Motion to Suppress Evidence      2