QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant **OK/HAV**
ROSALVA BERNAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-00145 DFL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| ROSALVA BERNAL, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

       Plaintiff United States of America, by its attorney, Assistant United States Attorney Jason Hitt, defendant Rosalva Bernal, by her attorney, Federal Defender Quin Denvir, and defendant Benito Ledesma, by his attorney, Maria Fonseca, hereby stipulate and agree that the current motion schedule should be modified as follows:

       Defense motions due no later than May 26, 2005;

       Government opposition due by June 16, 2005;

       Defendants' reply due by June 23, 2005;

       Non-evidentiary hearing on June 30, 2005 at 10:00 a.m.

1

```
                                        Respectfully submitted,

                                        MCGREGOR SCOTT
                                        United States Attorney


DATED: May 18, 2005                     /s/ Quin Denvir
                                        Telephonically authorized to sign
                                        for JASON HITT
                                        Assistant U. S. Attorney

                                        Attorney for Plaintiff



DATED: May 18, 2005                     /s/ Quin Denvir
                                        QUIN DENVIR
                                        Federal Defender

                                        Attorney for Defendant Bernal



DATED: May 18, 2005                     /s/ Quin Denvir
                                        Telephonically authorized to sign
                                        for MARIA FONSECA
                                        Attorney at Law

                                        Attorney for Benito Ledesma
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: May 19, 2005     _____

                                        _____
                                        DAVID F. LEVI
                                        United States District Judge