QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSALVA BERNAL

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-00145 DFL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| ROSALVA BERNAL, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

       Plaintiff United States of America, by its attorney, Assistant United States Attorney Jason Hitt, defendant Rosalva Bernal, by her attorney, Federal Defender Quin Denvir, and defendant Benito Ledesma, by his attorney, Maria Fonseca, hereby stipulate and agree that the non-evidentiary hearing currently calendared for June 30 should be continued to August 25, 2005 at 10:00 a.m.

       The parties agree that time should be excluded until that date due to the pending motion.

/ / / / /

/ / / / /

1

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney


DATED: June 29, 2005   /s/ Quin Denvir
                       Telephonically authorized to sign
                       for JASON HITT
                       Assistant U. S. Attorney

                       Attorney for Plaintiff


DATED: June 29, 2005   /s/ Quin Denvir
                       QUIN DENVIR
                       Federal Defender

                       Attorney for Defendant Bernal


DATED: June 29, 2005   /s/ Quin Denvir
                       Telephonically authorized to sign
                       for MARIA FONSECA
                       Attorney at Law

                       Attorney for Benito Ledesma


**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: June 29 2005

_____
DAVID F. LEVI
United States District Judge