QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSALVA BERNAL

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-00145 DFL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| ROSALVA BERNAL, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

       Plaintiff United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Rosalva Bernal, by her counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the hearing on the motion to suppress and status conference currently calendared for August 25, 2005 should be continued as to defendant Rosalva Bernal and the matter set for change of plea on Friday, September 2, 2005 at 10:00 a.m.

       The parties are in the process of finalizing a plea agreement and require additional time in which to complete the process and have the agreement reviewed by the defendant. The parties agree

1

that time should continue to be excluded due to the pending motion to suppress.

                                      Respectfully submitted,

                                      MCGREGOR SCOTT
                                      United States Attorney

DATED: August 24, 2005      /s/ Quin Denvir
                                      Telephonically authorized to sign
                                        for JASON HITT
                                        Assistant U. S. Attorney

                                        Attorney for Plaintiff

DATED: August 24, 2005      /s/ Quin Denvir
                                        QUIN DENVIR
                                        Federal Defender

                                        Attorney for Defendant Bernal

**O R D E R**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 25, 2005

                                      DAVID F. LEVI
                                      United States District Judge