McGREGOR W. SCOTT
United States Attorney
JASON HITT
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROSALVA BERNAL,<br><br>        Defendant. | 2:05-CR-00145-DFL<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on November 18, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853 based upon the plea agreement entered into between plaintiff and defendant Rosalva Bernal forfeiting to the United States the following property:

    a. Approximately $8,250.00 in U.S. Currency seized on or about March 24, 2005.

AND WHEREAS, on December 16, 23, and 30, 2005 the United States published notification of the Court's Preliminary Order of Forfeiture in The Daily Recorder (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their

right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that the United States sent, or through the exercise of reasonable diligence attempted to send, direct written notice by certified mail to the following persons or entities known to have an alleged interest in the above-described property:

      a. Eugenio Lepe
      b. Maria Rodriguez
      c. Mariano Junior Rodriguez

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of defendant Rosalva Bernal.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

///
///
///
///

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 24 day of February, 2006.

/s/ David F. Levi
DAVID F. LEVI
United States District Judge